IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PETER PK YENDLURI, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO.  4:26-CV-00535-MJT-ZJH |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| THE JOVE APARTMENT, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 20, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  [Dkt. 3].  Now before the Court is *pro se* Plaintiff Peter Pk Yendluri's ("Yendluri") *Motion for Stay/Injunction for Civil Eviction Case.*  Dkt. 5.  On June 8, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 7], which recommended denying Yendluri's motion.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 7] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation* [Dkt. 7], and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 7] denying Yendluri's *Motion for Stay/Injunction for Civil Eviction Case* [Dkt. 5] is ADOPTED.

**SIGNED this 8th day of July, 2026.**

_____
Michael J. Truncale
United States District Judge